UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL PROVENCIO,<br><br>        Petitioner,<br><br>v.<br><br>CHRIS CHRONES,<br><br>        Respondent. | Civil No. 06cv1760-L(CAB)<br><br>**ORDER GRANTING UNOPPOSED *EX PARTE* MOTION FOR APPEARANCE BY CERTIFIED LAW STUDENT, TYRONE SANDOVAL [doc. #55]** |

Oral argument on petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2254 and more specifically on the amended report and recommendation that was filed in this action is set for Monday, June 7, 2010 at 1100 a.m. in Courtroom 14.

Petitioner seeks to have Tyrone Sandoval, a Stanford Law School student, appear on his behalf at oral argument. Mr. Sandoval participates in the Stanford Law School Criminal Defense Clinic, is certified under the California State Bar Association's student practice rules, is under the supervision of lead counsel, Michael Romano, and has represented petitioner since January 2007. In his declaration submitted with this motion, petitioner states he desires Mr. Sandoval to represent him at oral argument. Finally, Mr. Romano states that Deputy Attorney General Anthony DaSilva was notified of this motion has no objection to Mr. Sandoval's appearance at oral argument on June 7, 2010.

/ / /

Based on the foregoing, petitioner's *ex parte* motion for appearance by certified law student, Tyrone Sandoval, is **GRANTED**.

**IT IS SO ORDERED.**

DATED: May 19, 2010

                                    M. James Lorenz
                                    United States District Court Judge

COPY TO:

HON. CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL